**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Mercy House Teen Challenge, et al. v. Purdue Pharma L.P., et al.* (1:18-op-46070-DAP) | **MDL 2804**<br><br>**Case No. 1:17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiffs identified below hereby voluntarily dismiss all claims against all Defendants. Each party is to bear its own costs.

| CASE NAME | MDL CASE NO. | PLAINTIFFS' COUNSEL | NOTES |
|---|---|---|---|
| Mercy House Teen Challenge, a not-for-profit Corporation on behalf of itself and all others similarly situated v. Purdue Pharma, L.P., *et al.* | 1:18-op-46070-DAP | Eaves Law Firm | All Plaintiffs to be **dismissed**. |

Dated: August 6, 2026

Respectfully submitted,

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr.
Eaves Law Firm, LLC
101 North State Street
Jackson, MS 39201
Telephone: (601) 355-7961
Facsimile: (601) 355-0530 or 2163
Email: johnjr@eaveslawmail.com
*Counsel for Plaintiffs*

**Approved. So Ordered.**

***s/Dan Aaron Polster***
**DAN AARON POLSTER**
**U.S. DISTRICT COURT**

**Date: 8/7/2026**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of August, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. The foregoing will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ *John Arthur Eaves, Jr.*
John Arthur Eaves, Jr.